**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Patrick D. Toole #190118
John P. Kinsey #215916
Ylan H. Nguyen #320578
Christopher A. Lisieski #321862

Attorneys for: Defendant CALIFORNIA ORGANIC FERTILIZERS, INC.

| | |
|---|---|
| **DOWNEY BRAND LLP**<br>621 Capitol Mall, 18th Floor<br>Sacramento, California 95814-4731<br>Telephone: (916) 444-1000<br>Facsimile: (916) 444-2100 | **DOWLING AARON INC.**<br>8080 N. Palm Ave., Third Floor<br>Fresno, California 93711<br>Telephone: (559) 432-4500<br>Facsimile: (559) 432-4590 |
| Stephen J. Meyer #75326<br>John C. McCarron #225217<br>Bradley C. Carroll #300658 | Steven D. McGee #71886<br>Jared C. Marshall #272065 |

Attorneys for: Plaintiff TRUE ORGANIC PRODUCTS, INC.

## UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUE ORGANIC PRODUCTS, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA ORGANIC FERTILIZERS, INC., a California corporation; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No. 1:18-cv-01278-AWI-EPG<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON PRELIMINARY INJUNCTION AND SET BRIEFING SCHEDULE AND ORDER THEREON**<br><br>Judge: Hon. Anthony W. Ishii |

WHEREAS, the plaintiff to this action, True Organic Products, Inc. (hereinafter "Plaintiff"),

filed a motion for preliminary injunction in this action on November 29, 2018 (Doc. No. 11), which is

currently set for hearing on January 14, 2019, and any opposition to this motion by defendant in this action, California Organic Fertilizers, Inc. (hereinafter "Defendant"), must be filed by January 2, 2019 under Local Rule 230;

WHEREAS, the parties have met and conferred, and have agreed to permit certain expedited discovery in advance of the motion for preliminary injunction;

WHEREAS, the parties are filing, contemporaneously with this stipulation and proposed order, a separate stipulation and proposed order with the Hon. Erica P. Grosjean to permit certain expedited discovery as agreed to by the parties;

THEREFORE, pursuant to Rule 230(f) of the Local Rules for the Eastern District of California, the parties to this action hereby stipulate and agree to continue the hearing and to the following briefing schedule, in order to accommodate the expedited discovery agreed to by the parties:

1) Defendant's opposition to the motion for preliminary injunction shall be due **January 22, 2019**;

2) Plaintiff's reply to Defendant's opposition shall be due **February 4, 2019**; and

3) The hearing on this matter shall be continued until **February 11, 2019** at 1:30 p.m., or as soon thereafter as the court's schedule accommodates.

/////
/////
/////
/////
/////
/////
/////
/////
/////
/////
/////
/////

Further amendments to this proposed schedule are not anticipated at this time.

Dated: December 12, 2018                    WANGER JONES HELSLEY PC


By:____/s/ Christopher A. Lisieski_____
        Patrick D. Toole
        John P. Kinsey
        Ylan H. Nguyen
        Christopher A. Lisieski
        Attorneys for Defendant

DOWNEY BRAND LLP AND DOWLING
AARON INC.


By:_____/s/ Bradley C. Carroll_____
        Stephen J. Meyer
        John C. McCarron
        Bradley C. Carroll
        Steven D. McGee
        Jared C. Marshall
        Attorneys for Plaintiff

     Having considered the stipulation of the parties to continue the hearing on Plaintiff's motion for preliminary injunction pursuant to Local Rule 230(f) and to set a briefing schedule, and for good cause appearing, the undersigned hereby grants the parties' request and continues the hearing on Plaintiff's motion for preliminary injunction (Doc. No. 11) until February 11, 2019 at 1:30 p.m.  The parties shall abide by the proposed briefing schedule set forth in this stipulation, absent further stipulation or leave of the court.

IT IS SO ORDERED.

Dated:   December 12, 2018           _____
                                                                    SENIOR  DISTRICT  JUDGE