UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUE ORGANIC PRODUCTS, INC., | No.: 1:18-cv-01278-AWI-EPG |
| Plaintiff, | **ORDER CONTINUING SCHEDULING CONFERENCE** |
| v. | (ECF No. 24) |
| CALIFORNIA ORGANIC FERTILIZERS, INC., | |
| Defendant. | |

The Court, having considered the Parties' Stipulation (ECF No. 24), and finding good cause,

IT IS ORDERED that the scheduling conference currently scheduled for March 18, 2019, is rescheduled for **April 4, 2019, at 10:00 a.m.**, in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated: __**March 6, 2019**__                    /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE