1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  TRUE ORGANIC PRODUCTS, INC., a                    Case No. 1:18-cv-01278-AWI-EPG
    California corporation,

12
                          Plaintiff,                 **ORDER REGARDING INITIAL**
13                                                    **SCHEDULING CONFERENCES IN**
                                                      **RELATED CASES**
          v.
14

15  CALIFORNIA ORGANIC FERTILIZERS,
    INC., a California corporation, and DOES 1–10,
16  inclusive,

17                        Defendants.

18
    CALIFORNIA ORGANIC FERTILIZERS,                   Case No. 1:19-cv-00296-AWI-EPG
19  INC., a California corporation,

20                        Plaintiff,

21        v.

22
    TRUE ORGANIC PRODUCTS, INC., a
23  California corporation, and DOES 1–10,
    inclusive,
24

25                        Defendants.

26

27        Pursuant to the stipulation of the Parties, and good cause appearing, the initial scheduling

28  conferences in case 1:18-cv-01278-AWI-EPG and case 1:19-cv-00296-AWI-EPG are vacated.  The

ORDER REGARDING INITIAL SCHEDULING CONFERENCES IN RELATED CASES

Parties are directed to email Michelle Rooney (mrooney@caed.uscourts.gov) one week after the ruling is issued on the pending motions in case 1:19-cv-00296-AWI-EPG to have the scheduling conferences re-noticed.

IT IS SO ORDERED.

Dated: __**September 4, 2019**__          /s/ _Erin P. Grosjean_
                                           UNITED STATES MAGISTRATE JUDGE

ORDER REGARDING INITIAL SCHEDULING CONFERENCES IN RELATED CASES