# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUE ORGANIC PRODUCTS, INC., | Case No. 1:18-cv-01278-AWI-EPG |
| Plaintiff, | |
| v. | ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| CALIFORNIA ORGANIC FERTILIZERS, INC., | |
| Defendant. | (ECF Nos. 37, 38) |

Plaintiff, True Organic Products, Inc., and Defendant, California Organic Fertilizers, Inc., have filed a stipulation to dismiss the entire action with prejudice (ECF Nos. 37, 38). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  __March 13, 2020__          _____/s/ _Erica P. Grosjean_____

                                          UNITED STATES MAGISTRATE JUDGE